# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MATTHEW J. O'DOWD, JR. & BETTY L. O'DOWD  Case Number: 07-72208
347 SOUTH ELM  SSN-xxx-xx-0567 & xxx-xx-4394
FRANKLIN GROVE, IL  61031

Case filed on: 9/17/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $9,887.50     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 004 | LITTON LOAN SERVICING LP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MATTHEW J. O'DOWD, JR. | 0.00 | 0.00 | 9,391.77 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 9,391.77 | 0.00 |
| 003 | ONYX ACCEPTANCE CORP | 5,674.99 | 5,674.99 | 124.39 | 337.61 |
| 006 | LITTON LOAN SERVICING LP | 15,565.82 | 15,565.82 | 0.00 | 0.00 |
|  | Total Secured | 21,240.81 | 21,240.81 | 124.39 | 337.61 |
| 001 | BEST BUY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | TEMPUS PALMS INTERNATIONAL LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ARMOR SYSTEMS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ARMOR SYSTEMS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ASSET ACCEPTANCE CORP | 264.10 | 26.41 | 0.00 | 0.00 |
| 011 | ASSET MANAGEMENT HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BEN GORDON | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DEPENDON COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DIRECTV | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DISTINCTIVE SMILES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FINCL RCVRV | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | H&R ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | HARRY L. DEGENHART | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | HARVARD COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | HOOSIER ACCOUNT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | HSBC BANK N/A | 381.31 | 38.13 | 0.00 | 0.00 |
| 023 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | KCA FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | KSB MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NATIONWIDE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NATIONWIDE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | PELLETTIERI & ASSOCIATES LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | PREMIER FIN & CREDIT SERVICES | 26.97 | 2.70 | 0.00 | 0.00 |
| 032 | PROF COLSRV | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ILLINOIS STUDENT ASSISTANCE COMM | 3,845.47 | 384.55 | 0.00 | 0.00 |
| 034 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | STREAMWOOD BEHAVIORAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | SUPERIOR AIR-GROUND AMBULANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | SURVEY - TECH | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | PORTFOLIO RECOVERY ASSOCIATES | 185.78 | 18.58 | 0.00 | 0.00 |
| 039 | PORTFOLIO RECOVERY ASSOCIATES | 3,748.58 | 374.86 | 0.00 | 0.00 |
|  | Total Unsecured | 8,452.21 | 845.23 | 0.00 | 0.00 |
|  | Grand Total: | 29,693.02 | 22,086.04 | 9,516.16 | 337.61 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $9,853.77 |
| Trustee Allowance: | $33.73 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>06/25/2008</u>      By  /s/Heather M. Fagan